# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSTELLATION BRANDS US OPERATIONS, INC., et al.<br><br>　　　　Defendants. | Case No. 1:18-cv-00364-AWI-SAB<br><br>ORDER DENYING DEFENDANTS' SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 10) |

On May 16, 2018, Defendants Constellation Brands U.S. Operations, Inc. and Constellation Brands, Inc. filed a substitution of attorney form substituting Jackson Lewis P.C. for Kaufman Dolowich & Voluck LLP. (ECF No. 10.) However, appearances as an attorney of record shall not be made in the name of a law firm. See Local Rule 182(b). It appears that Defendants are trying to update the address of their counsel, Kathleen Hurly. The Court notes that Ms. Hurly's address has already been updated on the docket. Accordingly, it is HEREBY ORDERED that Defendants' substitution of attorney is denied.

IT IS SO ORDERED.

Dated: **May 17, 2018**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1