# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO VELASQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CONSTELLATION BRANDS US OPERATIONS, INC., et al.<br><br>  Defendants. | Case No. 1:18-cv-00364-SAB<br><br>ORDER VACATING JUNE 12, 2019 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 18) |

Currently before the Court is Defendants' motion for summary judgment which is set for hearing on June 12, 2019. (ECF No. 18.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on June 12, 2019 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **June 11, 2019**

UNITED STATES MAGISTRATE JUDGE